IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTONIO WHITLOW                                                              PLAINTIFF

v.                                    Civil No. 6:18-cv-6012

MELINDA RAMSEY (Doctor, ORCU)                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 13, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant conducted a preservice screening of Plaintiff Antonio Whitlow's complaint and now recommends that the Court dismiss Plaintiff's claims as frivolous, pursuant to 28 U.S.C. § 1915A. Specifically, Judge Bryant finds that Plaintiff fails to allege any facts to support his Eighth Amendment sexual harassment claims against Defendant Melinda Ramsey. Judge Bryant concludes that the Court should dismiss Plaintiff's claims with prejudice and that this dismissal should constitute a "strike" under 28 U.S.C. § 1915(g).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 23) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby **DIRECTED** to place a "strike" flag on this case, pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 9th day of July, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge